CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 0 8 2008

JOHN F. CORCORAN, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JANIE E. MONTGOMERY, | ) | Civil Action No. 7:07cv00305 |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | By: James C. Turk |
|    Defendant. | ) | Senior United States District Judge |

This case is presently before the Court on Plaintiff's objections to the Report and Recommendation of the presiding Magistrate Judge. For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ADJUDGED AND ORDERED**

that the Magistrate Judge's Report and Recommendation be **ADOPTED** and this matter be **REMANDED** to the Commissioner for a computation and payment of appropriate statutory benefits due and owing to Janie E. Montgomery based on a total permanent disability commencing on October 1, 2004.

The Clerk of Court is directed to strike this matter from the Court's active docket, and to send copies of this Order and accompanying Memorandum Opinion to all counsel of record.

**ENTER**: This 8th day of August, 2008.

                                            /s/ James C. Turk
                                            ~~Senior~~ United States District Judge